UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 99-109 (RHK) |
| Plaintiff, | |
| v. | **ORDER** |
| NATHAN ALAN CLARK, | |
| Defendant. | |

---

Upon the application of the defendant and for good cause shown, the United States Marshals are hereby ordered to transport Mr. Clark on Wednesday, November 30, 2005, from his current place of confinement to their holding facility in the Federal Court Building and release him into the custody of either a representative of the Federal Public Defender's Office or his father for the purpose of attending a Rule 25 assessment at the Hennepin County Government Center and then after be returned to the custody of the United States Marshals by noon on Wednesday, November 30, 2005.

Dated: November 29, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge