UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 99-109 (RHK) |
| Plaintiff, | |
| | ORDER MODIFYING |
| v. | SUPERVISED RELEASE |
| NATHAN ALAN CLARK, | |
| Defendant. | |

_____

The above-entitled matter came before the Court upon petition of the United States to revoke the supervised release of the defendant, Nathan Alan Clark. The Court, after being fully advised in the premises and with the concurrence of the attorney for the United States and the United States Probation Officer, hereby makes the following order:

1. The defendant is reinstated on supervised release to the completion of his term as currently calculated;

2. All previous terms and conditions of supervised release are in force and affect except for the condition requiring home confinement, electronic monitoring or community service;

3. The defendant is ordered to commence and complete the Park Avenue Intensive Residential Care Treatment Program located at 2525 Park Avenue South, Minneapolis, Minnesota, including any required after-care or sober housing. The United States Marshal is ordered to retain the defendant in his custody until Monday, December 5, 2005, and at that time to transport Mr. Clark to 2525 Park Avenue South, Minneapolis, at which time he

will be released again on supervised release from his current confinement awaiting these proceedings.


Dated: December 5, 2005      s/Richard H. Kyle
                              Richard H. Kyle
                              United States District Judge